**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| BILLY GROS, Individually and For Others Similarly Situated,<br><br>　Plaintiff,<br><br>v.<br><br>ANADARKO PETROLEUM CORPORATION<br><br>　Defendant. | Case No. 4:22-cv-01943<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

**ORDER GRANTING RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court GRANTS Plaintiff and Defendant's stipulation of dismissal of all claims against Anadarko Petroleum Corporation with prejudice. Accordingly, this action is hereby dismissed with prejudice. Plaintiff and Defendant are to bear their own costs and attorneys' fees.

It is so ORDERED.

SIGNED this 30th day of April, 2023.



UNITED STATES DISTRICT JUDGE